[Filed April 23, 1890.

M. FISK, RESPONDENT, v. THE N. P. R. R. CO., APPELLANT.

APPEAL from Columbia county: F. J. TAYLOR, judge.

*Dolph, Bellinger, Mallory & Simon*, for Appellant.

*R. & E. B. Williams* and *Sears & Beach*, for Respondent.

*Moses* v. *S.P.R. R. Co.*,18 Or. 385, approved and followed.

PER CURIAM.—The court below held in this case that the railway company was required under the statute to fence its depot.

In a recent case—*Moses* v. *S. P. R. R. Co.*, 18 Or. 385, —we held otherwise, and the reasons therein stated render it unnecessary to further consider that question.

The judgment must be reversed and a new trial ordered.